

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cove Mini Storage, Inc.;            * From the 91st District
Gordon Mickan; Marcus Mickan;      Court of Eastland County,
Ken Craig and Amye Craig as trustees    Trial Court No. CV-1042068A.
of the Ken and Amye Craig Trust;
Ken Craig; and Amye Craig,

Vs. No. 11-14-00107-CV                * January 15, 2015

First American Title                  * Per Curiam Memorandum Opinion
Insurance Company,                 (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has considered the motion for dismissal filed by Cove Mini Storage, Inc.; Gordon Mickan; Marcus Mickan; Ken Craig and Amye Craig as trustees of the Ken and Amye Craig Trust; Ken Craig; and Amye Craig and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Cove Mini Storage, Inc.; Gordon Mickan; Marcus Mickan; Ken Craig and Amye Craig as trustees of the Ken and Amye Craig Trust; Ken Craig; and Amye Craig.